COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      In the Interest of J.I.L. and A.V.L., children v. Department of Family and Protective Services

Appellate case number:   01-18-00319-CV

Trial court case number: 2017-01445J

Trial court:              314th District Court of Harris County

On August 15, 2018, the Department of Family and Protective Services filed a motion for extension of time to file its appellee's brief.  Appellant, N.P., filed her brief on July 18, 2018.  The Department's brief was due on August 7, 2018.  The Department now requests an extension until September 4, 2018 (27 days past the brief's due date) to file its brief.  The appeal is set for submission on September 5, 2018.  The 180-day compliance deadline for this appeal is October 17, 2018.

Considering the time-sensitive nature of this appeal, the motion is **granted, in part, and denied, in part.**  The Department's motion for an extension of time to file its brief **is granted until August 28, 2018.  The longer extension request is denied.  No further extensions will be granted absent extraordinary circumstances.**  *See* TEX. R. APP. P. 38.6(d).

    It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley
                   Acting individually


Date: August 17, 2018